

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00177-CV

## IN THE INTEREST OF K.F. AND J.M., CHILDREN

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. F2118586A**

## MEMORANDUM OPINION

Appellant sought to appeal the trial court's order terminating appellant's parental rights in a private termination proceeding in which the Department of Family and Protective Services was not involved. The trial court's Order of Termination was signed on May 16, 2023. Because this is an accelerated appeal, the notice of appeal was due on June 5, 2023. *See* TEX. R. APP. P. 28.4(a)(1) ("Appeals in parental termination…cases are governed by the rules of appellate procedure for accelerated appeals…."); 26.1(b) ("in an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment or order is signed…."). Appellant's notice of appeal was not filed until June 14, 2023.

By letter dated July 11, 2023, the Clerk of this Court notified appellant that his appeal was untimely and warned appellant that the appeal would be dismissed unless, within 21 days from the date of the Clerk's letter, appellant filed a response "showing a

reasonable explanation for the late filing of the notice of appeal." More than 21 days have passed, and appellant has not responded to the Clerk's letter.

Further, the original filing fee for this appeal has not been paid.

By letter dated July 11, 2023, the Clerk of this Court notified appellant that the filing fee was past due and that unless appellant obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the payment of the fee was required. In the same letter, the Clerk warned appellant that if the original filing fee was not paid within 21 days from the date of the letter, the appeal would be dismissed. More than 21 days have passed, and the filing fee has not been paid.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees, § A (Amended Aug. 28, 2015, eff. Sept. 1, 2015). *See also* TEX. R. APP. P. 5. Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed August 16, 2023
[CV06]

